UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Wilson Earl Love,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>The State of Nevada,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00484-APG-DJA<br><br>**Order** |

　　　Before the Court is *pro se* Plaintiff Wilson Earl Love's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Plaintiff one opportunity to file an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **May 8, 2023** to proceed with this case.

　　　**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

　　　**IT IS FURTHER ORDERED** that on or before **May 8, 2023,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **May 8, 2023**, the Court will recommend dismissal of this action.

DATED: April 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE