1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

Wilson Earl Love,

                Plaintiff,

     v.

The State of Nevada,

                Defendant.

Case No. 2:23-cv-00484-APG-DJA

**Report and Recommendation**

On April 3, 2023, Plaintiff filed initiating documents without paying the filing fee or applying to proceed *in forma pauperis*. (ECF No. 1). The Court gave Plaintiff until May 8, 2023 to pay the filing fee or apply to proceed *in forma pauperis.* (ECF No. 3). In that order, the Court explained that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **May 8, 2023**, the Court will recommend dismissal of this action." (*Id.*) (emphasis in original). To date, the Court has not received an application to proceed *in forma pauperis*, a filing fee, or any other filing from Plaintiff.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be **dismissed**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

1    objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d

2    1153, 1157 (9th Cir. 1991).

3

4        DATED: June 14, 2023

5

6        _____

7        DANIEL J. ALBREGTS
         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28