**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILSON EARL LOVE, | Case No.: 2:23-cv-00484-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 4] |
| THE STATE OF NEVADA, | |
| Defendant | |

On June 14, 2023, Magistrate Judge Albregts recommended that I dismiss plaintiff Wilson Love's case because he failed to pay the filing fee or apply for in forma pauperis status. ECF No. 4. Love did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 4) is accepted and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE