# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILSON EARL LOVE,<br><br>　　Plaintiff<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>　　Defendant | Case No.: 2:23-cv-00484-APG-DJA<br><br>**Order Reopening Case** |

　　I previously adopted Magistrate Judge Albregts' report and recommendation to dismiss this case because plaintiff Wilson Love had not paid the filing fee or filed an application to proceed in forma pauperis. ECF No. 5.  Love has since paid the filing fee, stating that he did not receive the report and recommendation. ECF Nos. 6, 7.

　　I THEREFORE ORDER that my order dismissing this case (ECF No. 5) is VACATED. The clerk of court is instructed to reopen this case.

　　DATED this 19th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE