UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILSON EARL LOVE,<br><br>    Plaintiff<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>    Defendant | Case No.: 2:23-cv-00484-APG-DJA<br><br>**Order** |

I ORDER that plaintiff Wilson Earl Love's motion to dismiss this case (ECF No. 31) is GRANTED. All pending motions are denied as moot and the clerk of court is instructed to close this case.

DATED this 17th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE