**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILSON EARL LOVE, | Case No.: 2:23-cv-00484-APG-DJA |
| Plaintiff | **Order Denying Pending Motions** |
| v. | [ECF Nos. 37, 38] |
| THE STATE OF NEVADA, | |
| Defendant | |

On January 17, 2024, I dismissed this case based on plaintiff Wilson Earl Love's motion to dismiss. ECF No. 32.  Love has now filed additional motions "to dismiss and reinstate" and "for consideration." ECF Nos. 37, 38.  Even if I treat these motions as seeking reconsideration of my dismissal order, Love has not offered sufficient reasons to reopen this case.

I THEREFORE ORDER that Love's motions (ECF Nos. 37, 38) are denied.

DATED this 7th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE