# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILSON EARL LOVE, | Case No.: 2:23-cv-00484-APG-DJA |
| Plaintiff | **Order Denying Motion to Reinstate** |
| v. | [ECF No. 40] |
| THE STATE OF NEVADA, | |
| Defendant | |

On January 17, 2024, I dismissed this case based on plaintiff Wilson Earl Love's motion to dismiss. ECF No. 32.  Love has now filed a second "motion to reinstate." ECF No. 40.  I denied his prior motion to reinstate and Love again fails to offer sufficient reason to reopen this case.

I THEREFORE ORDER that Love's motion to reinstate (ECF No. 40) is denied.

DATED this 3rd day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE